People v Telfair
2026 NY Slip Op 50711(U)
April 30, 2026
Appellate Term, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Unclassified

The People of the State of New York, Respondent,
v
Donald Telfair, Appellant.

Supreme Court, Appellate Term, Second Department, 9th And 10th Judicial Districts
Decided on April 30, 2026
2025-825 S CR
Present: : Joseph R. Conway, J.P., Timothy S. Driscoll, Maureen T. Liccione, JJ

Richard L. Herzfeld, for appellant.
Suffolk County District Attorney (Karla Lato of counsel), for respondent.

Appeal from a judgment of the District Court of Suffolk County, First District (F. Scott Carrigan, J.), rendered April 14, 2025. The judgment convicted defendant, upon a plea of guilty, of two counts of criminal possession of a controlled substance in the seventh degree, and imposed sentence.
[*1]
ORDERED that the judgment of conviction is affirmed.
On January 8, 2025, defendant pleaded guilty to two counts of criminal possession of a controlled substance in the seventh degree (Penal Law § 220.03) under docket No. CR-016821- 24SU. Defendant was sentenced on April 14, 2025.
On appeal, defendant argues that his appeal waiver was not knowing, voluntary, and intelligent; that he was deprived of his right to due process when the District Court imposed an enhanced sentence without making further inquiry to determine whether he had violated a presentence condition of his plea agreement by being arrested for a new offense; that this court should apply CPL 420.35 (2-a) to vacate the mandatory surcharge and fees imposed at sentencing despite defendant being over age 21 at the time of the subject offenses; and, alternatively, that [*2]CPL 420.35 (2-a) is unconstitutional because its limitation of relief to persons under age 21 at the time of the offense constitutes impermissible discrimination.
For the reasons stated in People v Telfair (— Misc 3d —, 2026 NY Slip Op — [appeal No. 2025-822 S CR], decided herewith), the judgment of conviction is affirmed.
CONWAY, J.P., DRISCOLL and LICCIONE, JJ., concur.

ENTER:
Jennifer Chan
Chief Clerk
Decision Date: April 30, 2026